AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

United States Courts
Southern District of Texas
**FILED**
*July 14, 2025*
Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. **4:25-mj-0432** |
| Andrew David Sikes | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 3, 2025__ in the county of __Montgomery__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 115(a)(1)(B) | Threatens to assault, kidnap, or murder, a United States official, a Member of Congress, with intent to impede, intimidate, or interfere with such official, while engaged in the performance of official duties, and with intent to retaliate against such official on account of the performance of official duties. |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Patrick Lewis, Special Agent, FBI
*Printed name and title*

Sworn to and signed by telephone.

Date: July 14, 2025

_____
*Judge's signature*

City and state: Houston, Texas

Hon. Dena H. Palermo, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Patick Lewis, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief.

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since 2019. I am currently assigned to the Houston Field Office, Violent Crimes Section. I have training in the preparation, presentation, and service of criminal complaints and arrest and search warrants and have been involved in the investigation of numerous types of offenses against the United States, including, among others, threats to public officials. I am empowered by law to investigate and make arrests for these offenses involving these violations. I have personally participated in this investigation and have witnessed many of the facts and circumstances described herein. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the requested Criminal Complaint. It does not set forth all of my knowledge, or the knowledge of others, about this matter.

## RELEVANT LEGAL BACKGROUND

### 18 U.S. Code § 115

Influencing, impeding, or retaliating against a federal official by threatening

2. Title 18 U.S. Code § 115(a)(1)(B) states, "[w]hoever threatens to assault, kidnap, or murder, a United States official… with intent to impede, intimidate, or interfere with such official, judge, or law enforcement officer while engaged in the performance of official duties, or with

intent to retaliate against such official… on account of the performance of official duties," shall be punished by a fine under this title or imprisonment for a term of not more than 10 years.

3.  Title 18 U.S.C. § 115(c)(4) defines "United States official" as among other things as a Member of Congress.

## FACTS IN SUPPORT OF PROBABLE CAUSE

4.  On or about July 8, 2025, the US Capitol Police, Threat Assessment Section, was notified by the staff of a United States Senator of a threatening voicemail received referencing United States Senator J.C. It was discovered the call was received on July 3, 2025 from phone number 713-***-4993. The voice mail was obtained by law enforcement as was a transcript. The message stated:

> "Hey, its Andy Sikes, Spring Texas 77386, fuck you running, you fucking are killing Texans you're killing people I'm gonna kill you, bye mother fucker, you're not going to get past this next election dick."

5.  Record checks of Andy SIKES and incoming number 713-***-4993 revealed that Andrew David SIKES, was a resident of a residence in Spring, Texas, 77386.

6.  On or about July 10, 2025, agents of the FBI responded to the known address of SIKES in Spring, Texas. Special Agents approached the residence and made contact with SIKES. SIKES stated that he had been "nasty on the phone to a couple of my representatives." SIKES stated that he had been "rather infuriated… pretty much everything… pretty much the whole nine yards, tariffs, trade… just got worked up." He admitted to calling his Senator, U.S. Congressmen, and possibly Texas representatives. SIKES went on to say that he "blamed them for not doing their job and helping take care of what happened down there," in reference to the children dying from

the flooding in the Kerrville, Texas area. With reference to the threats, SIKES stated, "I don't think [I threatened them] with death or anything." SIKES continued that he did not have intent to murder anyone or carry out any of his threats. SIKES admitted to using his cell phone, with phone number 713-***-4993, to make the calls. SIKES admitting to owning a 9 mm handgun. SIKES was played the audio that had been received by the Senator's office. SIKES admitted that it was his voice and that he had made the call.

## CONCLUSION

7.  Based on my training and experience, and further supported by the facts in this affidavit, I submit that there is probable cause that Andrew David SIKES threaten to assault and murder, a United States official, with intent to impede, intimidate, and interfere with such official while engaged in the performance of official duties, and with intent to retaliate against such official on account of the performance of official duties.

Respectfully submitted,

Special Agent Patick Lewis
Federal Bureau of Investigation

Subscribed and sworn to before me telephonically pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on this 14th day of July 2025, and I find probable cause.

Honorable Dena H. Palermo
United States Magistrate Judge